# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| TRACY BESSELAAR | : | |
| Petitioner, | : | |
| v. | : | CIVIL ACTION NO. 03-00859-BH-B |
| RALPH HOOKS, | : | |
| Respondent. | : | |

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection (Doc. 39) is made, the Recommendation (Doc. 36) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is hereby **ADOPTED** as the opinion of this Court. It is **ORDERED** that petitioner's petition for habeas corpus relief be and is hereby **DENIED**.

**DONE** this 29th day of August, 2007.

                                                         s/ W. B. Hand
                                               SENIOR DISTRICT JUDGE